IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

Northern Division

Wells Fargo Bank, N.A.

Plaintiff,

v.

Christopher F. Brogdon, et al

Defendant(s)

MC123-010

CIVIL No. 2:20-cv-00231-MHT-SMD

## CERTIFICATE OF JUDGMENT

I, Trey Granger, Clerk of the United States District Court in and for the Middle District of Alabama, do hereby certify that in the United States District Court in and for the Middle District of Alabama, on the 1st day of November 2021, Judgment was entered as follows:  In accordance with the opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court that: (1) Plaintiff Wells Fargo Bank, N.A.'s motion for summary judgment is granted. (2) Judgment on Count One of the amended complaint is entered in favor of plaintiff Wells Fargo Bank, N.A. and against defendants Christopher F. Brogdon, Connie B. Brogdon, and Brogdon Family, L.L.C. in the sum of two million one hundred forty five thousand two hundred eighty five dollars and no cents ($2,145,285.00) as of May 21, 2021. (3) Judgment on Count Two of the amended complaint is entered in favor of plaintiff Wells Fargo

Bank, N.A. and against defendants Christopher F. Brogdon, Connie B. Brogdon, and Brogdon Family, L.L.C. in the sum of two hundred fourteen thousand five hundred fifty three dollars and fifty cents ($214,553.50) as of May 21, 2021.

I do further certify that John Douglas Elrod, 3333 Piedmont Road, N.E. Atlanta, Ga. 30305, is the Attorney for the Plaintiff and that Clifton Eddie Slaten, P.O. Box 241287, Montgomery, Al 36124, is the Attorney for the Defendants.

WITNESS my hand and seal of this court on this 3rd day of April, 2023.

Trey Granger, CLERK
United States District Court
for the Middle District of Alabama

By: *Lerusa H. Allen*
Deputy Clerk